**SO ORDERED**

No response or objection.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jose J. Vasquez | ) | |
| | ) | Case No. 15-19606 TJC |
| Debtor. | ) | |
| | ) | Chapter 13 |
| Washington Adventist University, | ) | |
| Incorporated | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose J. Vasquez | ) | |
| Respondent | ) | |

-----------------------------------------------------------

ORDER TERMINATING AUTOMATIC STAY
(Regarding Commercial & Residential Leases for 8006 A-B
Flower Avenue, Takoma Park, Maryland, 20912)

UPON CONSIDERATION of the Motion for Relief from Stay filed herein by Movant, Washington Adventist University, Incorporated, the Court being fully advised, the Court finds that cause exists to terminate the stay; so it is, as of the date set forth above, by the Court,

1

ORDERED, that the Motion be and it hereby is granted; and it is further

ORDERED, that the automatic stay pursuant to U.S.C. §362(a) be and it hereby is terminated so as to allow Movant, as Landlord, to pursue its rights to possession of the Premises at 8006 A-B Flower Avenue, Takoma Park, Maryland, 20912, in the District Court of Maryland for Montgomery County, or other appropriate forum. Further, Trustee and Debtor are authorized to surrender possession of the Premises to Movant.

Copies to:

Jose J. Vasquez
8107 Hammond Avenue
Takoma Park, MD 20912

Timothy P. Branigan - Trustee
14502 Greenview Drive
Suite 506
Laurel, MD 20708
(301) 483-9118
Email: cmecf@chapter13maryland.com

Laura Margulies & Associates, LLC
6205 Executive Boulevard
Rockville, MD 20852

and all creditors and parties-in-interest.

**END OF ORDER**