IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re: | * |
| | * |
| Jose J. Vasquez | *   Case No. 15-19606 TJC |
| | *   Chapter 13 |
| Debtor. | * |

**MOTION TO DISMISS CHAPTER 13 CASE**

COMES NOW the Debtor, Jose J. Vasquez, by undersigned counsel, and files this Motion to Dismiss Chapter 13 Case, pursuant to 11 U.S.C. § 1307(b), and in support thereof states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code, on July 9, 2015.

2. The Debtor will be dealing with creditors outside of bankruptcy.

3. The Order Confirming the Chapter 13 Plan was entered on October 4, 2016.

4. As the present case has not been converted, the debtor is permitted to dismiss his case as of right under 11 U.S.C. § 1307(b).

**WHEREFORE**, the Debtor respectfully request that this Court enter an Order dismissing his Chapter 13 case.

Respectfully submitted,

/s/ Craig W. Stewart
Craig W. Stewart (15113)
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, Maryland 20852
(301) 816-1600
Email: craig@law-margulies.com
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion to Dismiss Chapter 13 Case will be served electronically by the court's CM/ECF system on the following:

    Timothy P. Branigan, Chapter 13 Trustee
    cmecf@chapter13maryland.com

I hereby further certify that on this 14th day of November, 2018, a copy of the Motion to Dismiss Chapter 13 Case was also mailed first class mail, postage prepaid to all creditors listed on the attached creditor matrix.

    /s/ Craig W. Stewart
    Craig W. Stewart