$235.00

Case Number 15-19606TJC

Name Jose. Vasquez

FILED
2019 JAN -8 PM 3: 17
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Motion to re-open case

When the case was dismissed on December 3rd I was not informed of the consequences associated with it. The attorney that represented me did not explain to me. That I could lose my home in foreclosure.

I would like to please ask for a motion to reopen my case and stop the foreclosure sale date that is scheduled for tomorrow Wednesday the 9th. I really want to keep my home. I lived there for over 290 years. I filled bankruptcy in 2015 to stop the foreclosure.

When I got the foreclosure notice I went to my attorney office and he schedule me to be seen on January the 3rd even with the urgency of the matter.

The reason why he suggested to stop the bankruptcy is because I was sued by Adventist University and my attorney suggested that if I reopen a new bankruptcy case I could include them on the new one. He never informed me that my house could be lost once the bankruptcy was dismissed and that 180 days needed to be waited in order to reapply. I was almost four year inn the bankruptcy and I was never late with the payment to the trustee or the bank with the mortgage.

At this point I would like to please ask to consider re-open the case so I can complete my case and save my house.

Sincerely

Jose. J. Vasquez.

PD $235.00
20107056

9314 7100 1170 0983 0913 50



**Alba Law Group** P.A.

December 20, 2018

Occupant
8107 Hammond Avenue
Takoma Park, MD 20912

Re: Jose J. Vasquez
8107 Hammond Avenue, Takoma Park, MD 20912

This letter is to advise you that the property mentioned above is scheduled to be sold at public auction at the Courthouse Door, Judicial Center, Maryland Avenue entrance, 50 Maryland Avenue, Rockville, Maryland, 20850 under foreclosure proceedings instituted in the Circuit Court for Montgomery County.

This property will be sold on Wednesday, January 9, 2019 at 11:15 AM.

A deposit in a form acceptable to the Substituted Trustee in the amount of $30,000.00 will be required of the purchaser, other than the Holder of the Note or its assigns, at the time and place of sale. Unless the purchaser is the Holder of the Note or its assigns, the balance of the purchase price shall be paid immediately with available funds within ten (10) days of the final ratification of the sale by the Circuit Court for Montgomery County. Time is of the essence. The purchaser, other than the Holder of the Note or its assigns, shall pay interest at the rate of 5.99000% per annum on the unpaid portion of the purchase price from the date of sale to date of settlement.

Real property taxes and assessments shall be adjusted to the date of sale and assumed thereafter by the purchaser, unless the purchaser is the Holder of the Note or its assigns, in which case, no adjustments shall be made. Ground rent, water and/or sewer charges public or private, if any, shall be adjusted to the date of sale and assumed thereafter by the purchaser, unless the purchaser is the Holder of the Note or its assigns, in which case, no adjustments shall be made. Cost of all documentary stamps and transfer taxes shall be paid by the purchaser. Purchaser shall have the responsibility of obtaining possession of the property.

The purchaser assumes all risk of loss for the property as of the date of sale. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

Very truly yours,

Alba Law Group, P.A.

Mark Devan (MD)

Thomas Dore (MD)

Jennifer Herring (MD)

Kristen Haskins (MD)

Brian McNair (MD)

Angela Nasuta (MD)

Alexandria Hall (MD)

orenzo (DE)

(DE)

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED AS A RESULT HEREOF WILL BE USED FOR THAT PURPOSE
11350 McCormick Road - Executive Plaza I, Suite 302 - Hunt Valley, MD 21031 - Phone: (443) 541-8600
240 N. James Street, Suite 100E - Newport, DE 19804 - Phone: (302) 696-1942